# United States Bankruptcy Court
# Central District Of California

255 East Temple Street, Los Angeles, CA 90012

## NOTICE OF DISMISSAL WITH RESTRICTION AGAINST DEBTOR'S RE−FILING

**DEBTOR(S) INFORMATION:**  
Marcos Huerta− Hassey  
**SSN:** xxx−xx−6434  
**EIN:** N/A

3839 Kenmore Ave #3  
Baldwin Park, CA 91741

**BANKRUPTCY NO.** 2:11−bk−44013−VZ  
**CHAPTER** 13

You are notified that an order was entered **DISMISSING** the above−captioned case with a prohibition against the refiling of another bankruptcy petition by or against the debtor for 180 days from the date this order is entered.

Any discharge entered in this case is hereby vacated in its entirety.

Dated: September 1, 2011

For The Court,  
**Kathleen J. Campbell**  
Clerk of Court

(Form ndwr rev. 11/97) VAN−18

**9 / FHG**