

**FILED & ENTERED**

**SEP 15 2011**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY tatum      DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br>Marcos Huerta- Hassey,<br><br>                              Debtor(s). | Case No: 2:11-bk-44013-VZ<br>Chapter: 13<br>**ORDER GRANTING MOTION TO VACATE 180 DAY BAR OF 11 U.S.C. 109(G)**<br>[No Hearing Required] |

On September 9, 2011, the debtor filed a "Motion for Relief from Order Pursuant to Fed. R. Bankr. P. 9024" (the "Motion"), in which the debtor requested that a dismissal order be vacated. The Court having reviewed the Motion and good cause appearing, IT IS ORDERED that the Motion is granted to the extent that the 180-day bar of 11 U.S.C. § 109(g) is vacated.

DATED: September 15, 2011

_____
United States Bankruptcy Judge

- 1

- 2

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER GRANTING MOTION TO VACATE 180 DAY BAR TO REFILING** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of *9/15/11*, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Nancy K Curry (TR)    ecfnc@trustee13.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**Debtor:**
Marcos Huerta- Hassey
3839 Kenmore Ave #3
Baldwin Park, CA 91741

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page